# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Before the Honorable Joe Heaton
United States Courthouse, Room 3108, Oklahoma City, Oklahoma

## ORDER FOR STATUS CONFERENCE

**NOTICE TO ALL COUNSEL**:

    1.    Counsel are required to file the **Joint Status Report and Discovery Plan** (now a single document) not later than **May 27, 2015**.  See LCvR16.1(a)(1) and *Appendix II*.

    2.    Counsel should give particular attention to paragraph 10 of the Joint Status Report and Discovery Plan.  In appropriate cases, the court may conclude a formal status conference is unnecessary and will proceed with entry of a Scheduling Order based solely on the information provided in the Joint Status Report and Discovery Plan.  **If a Scheduling Order is entered prior to the conference, the conference is deemed stricken and counsel need not appear.**

    3.    Unless personal attendance is excused, the conference shall be attended by counsel with authority to make appropriate decisions and by any *pro se* litigants, at the time indicated below.  See LCvR16.1(a)(2).

## THURSDAY, JUNE 4, 2015

| | | |
|---|---|---|
| 9:30 A.M. | **CIV-14-1325-HE**<br>DONALD MORGAN V. LIFECELL CORPORATION | Dustin Compton, Esq., |
| | | Thomas Wolfe, Esq., |
| 9:40 A.M. | **CIV-15-0363-HE**<br>ABM INVESTMENTS LLC V. FARMERS ALLIANCE MUTUAL INSURANCE COMPANY, ET AL., | J. Drew Houghton, Esq.,<br>Larry Bache, Esq.,<br>Phillip Sanov, Esq., |
| | | Lori McInnes, Esq.,<br>Maurice Woods, Esq., |

| | | |
|---|---|---|
| 9:50 A.M. | **CIV-15-0392-HE**<br>KENNEDI SMITH, ET AL., V. TEXAS ROADHOUSE INC., ET AL., | Kennedi Smith, *Pro Se*<br>Sparkell Adams, *Pro Se* |
| | | Daniel Thompson, Esq.,<br>Randall Sewell, Esq., |
| 10:00 A.M. | **CIV-15-0211-HE**<br>KENNETH F. HARRIS V. SOUTHWEST ELECTRIC COMPANY | Jana Leonard, Esq.,<br>Lauren Johnston, Esq., |
| | | Joshua Solberg, Esq., |
| 10:10 A.M. | **CIV-15-0413-HE**<br>TARIG MOHAMED V. RICARDO SANTILLAN | Christine Larson, Esq., |
| | | Thomas Manning, Esq., |
| 10:20 A.M. | **CIV-15–0351-HE**<br>DIANE SELF, ET AL., V. TRAVELERS INDEMNITY COMPANY, ET AL., | George Brown, Esq.,<br>Tony Gould, Esq.,<br>Robert Henderson, Esq., |
| | | Carolyn Sue Smith, Esq.,<br>Derrick DeWitt, Esq., |
| 10:30 A.M. | **CIV-15-0186-HE**<br>CASHCALL INC., V. AT FINANCIAL SERVICES LLC., ET AL., | Andrew Lester, Esq.,<br>Carrie Vaughn, Esq.,<br>Johnny Beech, Esq.,<br>R. Scott Thompson, Esq., |
| | | Joe Edwards, Esq.,<br>Joel Harmon, Esq., |
| 10:40 A.M. | **CIV-15-0175-HE**<br>DR. NABEEL UWAYDAH V. NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, ET AL., | Rex Travis, Esq.,<br>Paul Kouri, Esq., |
| | | Timothy Carney, Esq.,<br>Barbara Moschovidia, Esq., |

*June, 2015 - Civil Status Conference Docket - Page  2*