**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. KENNETH F. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-15-211-HE |
| | ) | |
| 1. SOUTHWEST ELECTRIC COMPANY, | ) | |
| | ) | |
| | ) | ATTORNEY LIEN CLAIMED |
| Defendant. | ) | JURY TRIAL DEMANDED |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Kenneth F. Harris, hereby stipulates with the Defendant, Southwest Electric Company, that his claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS <u>24th</u> DAY OF SEPTEMBER, 2015.**

<u>s/ Lauren W. Johnston</u>
Jana B. Leonard, OBA # 17844
Lauren W. Johnston, OBA # 22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Tele: (405) 239-3800   Fax: (405) 239-3801
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
*Counsel for Plaintiff*

1

  s/ Joshua W. Solberg
(Signed with permission)
Joshua W. Solberg, OBA #22308
McAfee & Taft, A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102
Tele: (405) 235-9621   Fax: (405) 235-0439
josh.solberg@mcafeetaft.com
*Counsel for Defendant*